**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

United States of America
Plaintiff(s),

vs.

Andrew Scott Hastings
Defendant(s).

Case No.: 4:25-MJ-793-CDL

**Criminal Information Sheet & Minutes**

Date: 9/24/2025

Interpreter: ☐ Yes ☒ No

Magistrate Judge Little    Deputy Tami Calico    USPO E. Cervini

Date of Arrest: 9/24/2025    Arrested by: FBI    ☒ Detention requested by AUSA

Bail Recommendation: ☐ Unsecured

Additional Conditions of Release Recommendation:

☐ a. ☐ b. ________________
☐ c. ☐ d. ☐ e. ☐ f. ☐ g. ☐ h
☐ i. ☐ j. ☐ k. ☐ l.
☐ m. (☐ i, ☐ ii, ☐ iii, ☐ iv)
☐ n. ________________

☐ o. ☐ p. ☐ q. ☐ r. ☐ s. ☐ t. ________________
☐ u. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ v. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ w. (☐ 1, ☐ 2)
☐ x. (other) ________________

Defendant requests Federal Public Defender/Ct. Appt. Counsel: ☐ Yes ☐ No

Defendant's Attorney: Brandon Lauer & Rob Ridenour    ☑ FPD; ☐ Ct Appt; ☐ Ret Cnsl;
☐ Counsel not present, to be appt on appearance

AUSA: Nathan Michel | Matt Cyran for

**MINUTES:**

Interpreter: ________________; ☐ Sworn

☑ Defendant appeared in person for IA on: ☐ Indictment; ☐ Information; ☑ Complaint; ☐ Petition on PTR/SR/Prob; ☐ Rule 5

☑ Financial Affidavit received and FPD/CJA appointed

☑ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name

☐ Defendant stated their true and correct name is:

________________ First/Fore-/Given Name(s): ________________ Middle Name(s): ________________ Last/Sur-/Family Name(s): ________________ Suffix

☐ Government requested; and ☐ Court ordered:

☐ Defendant's name be added as an a/k/a
☐ Defendant's name be corrected by interlineation to reflect Defendant's true and correct name as stated in open court and all previous filings are amended by interlineation to reflect the same

☐ Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for _______; Bond and conditions of release executed ☐ Did judge grant an oral motion to stay the release order?

☐ Arraignment held and Defendant pleads not guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: ________________ at ________ a.m./p.m.

☐ Arraignment scheduled: ________________ at ________ a.m./p.m.

☑ Detention Hearing scheduled: 10.1.25 at 2:00 a.m./p.m. (p.m. circled)

☑ Preliminary Exam scheduled: 10.1.25 at 2:00 a.m./p.m. (p.m. circled)

☑ Defendant detained and remanded to custody of U.S. Marshal:

☑ Pending further proceeding; ☐ Pending release on bond for treatment

☐ Defendant to remain released on previous conditions

☑ Motion for Detention # 3: ☐ Granted; ☐ Denied; ☐ Moot per Defendant's waiver of detention hearing

☑ Motion for Hearing # 4: ☑ Granted; ☐ Denied; ☐ Moot per Defendant's waiver of detention hearing

**Additional Minutes:** ________________