**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 25-MJ-793-CDL** |
| | ) | |
| | ) | |
| **ANDREW SCOTT HASTINGS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Brandon Lauer, Assistant Federal Public Defender, hereby requests leave to withdraw as counsel of record for Defendant, Andrew Scott Hastings. In support of the Motion counsel states as follows:

Mr. Lauer was appointed as counsel for Mr. Hastings, along with Assistant Federal Public Defender, Robert Ridenour, at his initial appearance on September 24, 2025. (Doc. 5). Mr. Ridenour will continue as counsel in this matter for Mr. Hastings. Additionally, Assistant Federal Public Defender, Lindsey Holguin, will enter her appearance as substitute counsel in place of Mr. Lauer.

WHEREFORE, Counsel for Mr. Hastings, Brandon Lauer, respectfully requests the Court grant him leave to withdraw as counsel in this matter.

Respectfully submitted this 25th day of September, 2025.

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Julia L. O'Connell, Federal Public Defender

By: /s/Brandon Lauer
Brandon Lauer, MN Bar No. 400154
Assistant Federal Public Defender
Office of the Federal Public Defender
Williams Tower I
One West Third St, Ste. 1225
Tulsa, OK 74103
(918) 581-7656
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Nathan Michel
Office of the United States Attorney
110 W. 7th Street, Suite 300
Tulsa, Oklahoma 74119

/s/Brandon Lauer
Brandon Lauer