**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Andrew Scott Hastings,<br><br>Defendant(s). | Case No.: 25-cr-00442-JFH-1<br>Date: 11/24/2025<br>Court Time: 2:00 p.m.<br><br>**MINUTE SHEET – ARRAIGNMENT** |

Susan E. Huntsman, U.S. Magistrate Judge    D. Gross, Deputy Clerk    Magistrate Courtroom 1 .

Counsel for Plaintiff: Nathan Michel & Matt Cyran

Counsel for Defendant: Lindsey Hanna Holguin, FPD

Interpreter: ______________________ ☐ sworn

Defendant appears in person for Arraignment on: ☒ Indictment; ☐ Information; ☐ Complaint;

☒ with Counsel; ☐ Counsel waived; ☐ w/o Counsel;

☒ Defendant acknowledges receipt of Indictment    Indictment: ☐ Read; ☒ Reading waived;

☒ Defendant advised of charge;

☒ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name

☐ Defendant stated their true and correct name is:

| First/Fore-/Given Name(s) | Middle Name(s) | Last/Sur-/Family Name(s) | Suffix |
|---|---|---|---|
| | | | |

☐ Government requested; and ☐ Court ordered:

☐ Defendant's name be added as an a/k/a

☐ Defendant's name be corrected by interlineation to reflect the same

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea    ☒ Schedule to be entered;

Defendant waives: ☐ Indictment; ☐ Detention Hearing; ☐ Separate Representation ☐ Waivers approved by Court;

☐ Arraignment continued to: ________________ at ________

☐ Detention Hearing scheduled: ________________ at ________

☐ Defendant allowed to stand on present bond; ☐ Government stipulates, findings made

☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** ______________________________________________