**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ANDREW SCOTT HASTINGS,**<br><br>**Defendant.** | **Case No. 25-CR-442-JFH** |

**Bill of Particulars for Forfeiture of Property**

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States hereby provides notice that the following assets are subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-styled criminal case. The Indictment provides notice that, upon conviction of the charges, as part of his sentence, the defendant shall forfeit to the United States all foreign and domestic assets affording him a source of influence over a foreign terrorist organization, all foreign and domestic assets acquired or maintained with the intent and for the purpose of supporting, planning, conducting, or concealing any federal crime of terrorism, all foreign and domestic assets derived from, involved in, or used or intended to be used to commit any federal crime of terrorism, and any firearm and ammunition involved in or used in the knowing commission of such offenses.

Pursuant to this Bill of Particulars, the United States provides notice that upon conviction, in addition to any property listed in the Indictment, certain additional specific property is subject to forfeiture, including, but not limited to:

**FIREARMS, AMMUNITION AND ACCESSORIES**

1. A Beretta, Model 3032 Tomcat, .32 caliber pistol, serial number DAA606338;
2. A Walther, Model PPK/S, .380 caliber pistol, serial number AB123639;
3. A Sig Sauer, Model P320 XTEN, 10mm caliber pistol, serial number 58H304197;
4. A Tristar, Model Cobra, 12-gauge caliber shotgun, serial number 21HP1202914;
5. A Romarm, Model GP WASR 10/63, 7.62 x 39 caliber rifle, serial number 21 A1-88648;
6. A Daewoo, Model K2, 5.56 caliber rifle, serial number 458393;
7. One 3D printed firearms with obliterated serial number;
8. Two 3D printed Glock lower receivers;
9. Two 3D printed Glock slides;
10. Two 3D printed stocks;
11. Two 3D printed UMP upper and lower receiver, magazine, handguard, and pistol grip;
12. One 3D printed drum magazine (2 pieces);
13. Two 3D printed lower receivers;
14. One 3D printed pistol grips;
15. One slant muzzle brake;
16. Twenty 3D printed Glock magazines;
17. Three 3D printed Glock barrels;
18. One 3D printed vertical grip;

19. One 3D printed 4-inch Picatinny rail;
20. Approximately 55 rounds of assorted 10mm caliber ammunition;
21. Approximately 74 rounds of assorted 12-gauge caliber ammunition;
22. Approximately 150 rounds of assorted 9mm caliber ammunition;
23. Approximately 5 rounds of assorted 12mm caliber ammunition;
24. Approximately 51 rounds of assorted 7.62x39 caliber ammunition;
25. Approximately 27 rounds of assorted .32 Auto caliber ammunition;
26. Approximately 260 rounds of assorted .380 Auto caliber ammunition;
27. Approximately 60 rounds of assorted 5.56 caliber ammunition;
28. Approximately 726 rounds of assorted .22 Long Rifle caliber ammunition;
29. Seven ammunition magazines;

**PERSONAL PROPERTY**

30. One Snapmaker 3D printer, Model DS Wood Designs;
31. Two Creality 3D printers, Model Halot;
32. One Creality 3D printer, Model Ender 3;
33. An ASUS laptop, Model Viviobook X1404Z, serial number S7N0CX06L42729A;
34. A Linksys USB, Model WUSB6100M, serial number 18Y10C6B806949;
35. A Sabrent external hard drive, Model EC-UASP;
36. An Apevia computer tower;
37. A black Alcatel cellphone;
38. A Xiaomi cellphone, Model 23028RNCAG Redmi A2+;
39. An Eelgoo 3D printer, Model Mars 5 Ultra, serial number M5U25671035;
40. A Samsung cellphone, serial number 359914421145706;
41. A OnePlus cellphone, Model CPH2513, serial number EA6A88FC;
42. One bag of Cobalt Rounds 3D components;
43. One bag of Nickel Squares 3D components;
44. One bag of Chromium Grain 3D components;
45. One Molten Master 3D components;

46. Three 3D printer filament rolls; and
47. One 3D printer plate.

Pursuant to Title 21, United States Code, Section 853(p), the defendant shall forfeit substitute property, up to the value of the property described above if, by any act or omission of the defendant, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

The above assets have been seized by and are in the custody of the Federal Bureau of Investigation.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), (G), and 924(d)(1) and Title 28, United States Code, Section 2461.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*

REAGAN V. REININGER, OBA # 22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119
Telephone: (918) 382-2700
Email: reagan.reininger@usdoj.gov

**Certificate of Service**

I hereby certify that on August 6, 2026, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

/s/ *Michelle Bates*
Michelle Bates, Paralegal Specialist